UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIAN MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIEWRAY, INC., *et al*., <br><br> Defendants. | Case No. 19-cv-05697-SI <br><br> **ORDER RE: JULY 7, 2020 CLAIM CONSTRUCTION HEARING** |

A claim construction hearing is scheduled in this case for July 7, 2020 at 10:00 a.m. Defendants contend that one disputed term, "wherein each leaf in the first set has a substantially same first cross section, and each leaf in the second set has a substantially same second cross section, and the first cross section is different from the second cross section," is indefinite. The parties have submitted expert declarations and deposition testimony regarding this term and whether it is or is not indefinite. The parties have also requested one week of advance notice if the Court wishes to have the experts testify regarding this term.

Based upon the record before the Court, it is the Court's preliminary view that the term is indefinite. As such, the Court finds that it would be helpful to have expert testimony regarding this term at the claim construction hearing. The Court's courtroom deputy will issue a clerk's notice with the Zoom hearing information by Thursday, July 2.

**IT IS SO ORDERED**.

Dated: June 30, 2020

SUSAN ILLSTON
United States District Judge