United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIAN MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIEWRAY, INC., et al.,<br><br>Defendants. | Case No. 19-cv-05697-SI<br><br>**ORDER IN ANTICIPATION OF JULY 7, 2020 CLAIM CONSTRUCTION HEARING -- SEQUENCE OF ARGUMENTS** |

In anticipation of the July 7, 2020 claim construction hearing, the Court would like the parties to be prepared to address the disputed terms in the following sequence:

(1) U.S. Patent No. 8,637,841 (the '841 Patent): "wherein each leaf in the first set has a substantially same first cross-section, and each leaf in the second set has a substantially same second cross-section, and the first cross-section is different from the second cross-section"

(2) '841 Patent and U.S. Patent No. 9,082,520 (the '520 Patent): "a first set of a plurality of pairs of beam blocking leaves arranged adjacent one another, leaves of each pair in the first set being disposed in an opposed relationship and longitudinally movable relative to each other in a first direction"

(3) '841 and '520 Patents: "direction"

(4) '841 Patent: "each of the first and second sets includes an inner first section of a plurality of pairs of leaves having a first cross section and an outer second section having a plurality of pairs of leaves having a second cross section"

(5) '841 Patent: "wherein the second section in each of the first and second sets includes a plurality of pairs of leaves at each side of the inner first section."   The Court advises the parties

that it would be helpful to have additional[1] visual representations of this term, in particular the placement of the "plurality of pairs of leaves at each side of the inner first section."

(6) '841 Patent: "a main portion having a height and an end portion having one or two projections extended beyond the height of the main portion"

(7) '520 Patent: "an end portion having an upward and/or downward extended portion"

(8) '841 Patent: "a pair of leaves in the first set close at a first location, a corresponding pair of leaves in the second set close at a second location, and the first and second locations are offset from a beam's point of view"

**IT IS SO ORDERED**.

Dated: July 1, 2020

_____
SUSAN ILLSTON
United States District Judge

---

[1] The Court has reviewed the parties' tutorials and notes that defendants' tutorial touched on this term.