UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VARIAN MEDICAL SYSTEMS, INC.,

Plaintiffs,

v.

VIEWRAY, INC., et al.,

Defendants.

Case No.   19-cv-05697-SI   (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **November 20, 2020 at 3:00 PM**.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  **August 20, 2020**

ADR DEADLINE: **January 8, 2021**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **December 11, 2020**

DESIGNATION OF EXPERTS: **February 22, 2021**; REBUTTAL: **March 26, 2021**;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **April 16, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **May 7, 2021**;
        Opp. Due: **May 28, 2021**; Reply Due: **June 11, 2021**;
        and set for hearing no later than **June 25, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **August 3, 2021 at 3:30 PM**.

JURY TRIAL DATE: **August 16, 2021 at 8:30 AM**.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2   SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

3   The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

4   Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

5        **IT IS SO ORDERED**.

6

7   Dated: August 18, 2020

8   _____
    SUSAN ILLSTON
9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2