United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIAN MEDICAL SYSTEMS, INC., <br> Plaintiff, <br> v. <br> VIEWRAY, INC., *et al.*, <br> Defendants. | Case No. 19-cv-05697-SI <br><br> **ORDER STAYING CASE UNTIL JUNE 30, 2021** <br><br> Re: Dkt. No. 113 |

For the reasons discussed at the November 20, 2020 case management conference and because the PTAB has granted the parties' joint motion to stay the IPR proceedings, the Court GRANTS the motion to stay and STAYS this case until June 30, 2021.

The Court will hold a case management conference on June 25, 2021 at 3:00 p.m. The parties shall file a joint statement no later than June 18, 2021 regarding the status of the merger between Varian and Siemens. Prior to June 18, 2021, the parties shall promptly notify the Court if the merger either fails or closes.

**IT IS SO ORDERED**.

Dated: November 21, 2020

SUSAN ILLSTON
United States District Judge